**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Panzer Building Corp. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 131724165 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 544 E 86th St # 14E<br>New York, NY 10028-7523 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Panzer Building Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | Case number, if known | _____ |

| Debtor | Panzer Building Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**▇ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Panzer Building Corp.       Case number (*if known*) _____
       Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12 - 01 - 2023
          MM / DD / YYYY

X _____      Nancy J. Haber
   Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

X _____    Date   12 - 01 - 2023
   Signature of attorney for debtor             MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____     Email address   knash@gwfglaw.com

NY
Bar number and State

**PANZER BUILDING CORP.**

**CORPORATE RESOLUTION IN SUPPORT OF CHAPTER 11 FILING**

WHEREAS, the business and legal affairs of Panzer Building Corp. (the "Company") are governed by the laws of the State of New York and the Company's bylaws; and

WHEREAS, in accordance with the bylaws, a special meeting of the Company having been called and convened on December ⎵, 2023, and upon motion duly made and carried, the following resolutions were adopted:

> **RESOLVED**, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED**, Nancy Haber is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Company to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 case and achieve confirmation of a plan of reorganization; and (c) pursue a restructuring of the Company's debts and obligations; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:    New York, New York
          December ⎵, 2023

Panzar Building Corp.

By: _____
Nancy Haber
President and 100% Shareholder

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                        Chapter 11

Panzer Building Corp.,                                        Case No.

                              Debtor.

------------------------------------------------------------x

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Nancy Haber declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the president and sole equity holder of Panzer Building Corp. (the "Debtor") and as such I am fully familiar with the facts and circumstances set forth herein. I respectfully submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's voluntary petition under Chapter 11 of the Bankruptcy Code.

### Capital Structure

2.      The Debtor owns a mixed-use apartment building located at 651 West 169th Street, New York, NY (the "Property"). The Property is located in the immediate vicinity of Columbia Presbyterian Hospital and is improved by a five-story elevator building (the "Building") with 20 residential apartments and two commercial stores, including a Subway fast food restaurant and Premier Deli.

3.      The Debtor was first organized by my father in or about 1939 to acquire and operate the Property. My father passed away in 1999 and I have managed the Property from his death until the commencement of foreclosure proceedings and the appointment of a Receiver earlier this year. Thus, the Property has been owned by my family for over 80 years and it is a legacy worth at least attempting to maximize by selling at going concern value.

4.     For years, the Building operated profitably before Covid-19 took its toll.   The Pandemic led to rent delinquencies and vacancies, and ultimately mortgage defaults and the commencement of foreclosure proceedings by 651 West 169th Lender LLC (the "Lender") on February 7, 2023 following an expired forbearance agreement.

5.     The Lender acquired the mortgage debt from Signature Bank.  The mortgage was issued in the principal sum of $4.0 million and has been in default since July, 2022. The current alleged balance is approximately $6.0 million. In the foreclosure action, the Lender has moved to confirm the report of the Referee and obtain a judgment of foreclosure and sale.  This motion is returnable on December 13, 2023.

6.     My ex-husband was the attorney who represented the Debtor during the foreclosure.  I do not believe I was properly represented or advised by him during the foreclosure proceedings.  In retrospect, I should have not engaged a non-family member as counsel. Accordingly, I now find myself subject to an Order to Show Cause to compel which was filed by the Receiver (Edward A. Vincent) returnable on December 5, 2023.

**Reorganization Strategy**

7.     In bankruptcy, I intend to proceed immediately to retain a broker and sell the Property under a robust and transparent process. I continue to believe that there remains equity in the Property.  The Property generates annual rents of approximately $670,000 per year, yielding a projected value of approximately $8.0 million to be determined by appraisal or sale.

**Local Rule 1007-2 Disclosures**

8.      Pursuant to Local Rule 1007-2(a)(3), no committee of creditors was formed prior to the filing of the Petition.

9.      Pursuant to Local Rule 1007-2(a)(4), a list of the Debtor's twenty largest creditors will be included as part of the Debtor's bankruptcy schedules to be filed shortly.

10.     Pursuant to Local Rule 1007-2(a)(5), the Property is subject to an outstanding mortgage held by the Lender in the principal amount of $4.0 million, plus accrued interest and fees (some of which are disputed).

11.     Pursuant to Local Rule 1007-2(a)(6), the Debtor's assets and liabilities will be set forth in the accompanying bankruptcy schedules.

12.     Pursuant to Local Rule 1007-2(a)(7), the stock interest of the Debtor is held by me as the 100% shareholder,

13.     Pursuant to Local Rule 1007-2(a)(8), the Receiver was appointed in connection with the foreclosure action.

14.     Pursuant to Local Rule 1007-2(a)(9), the Property constitutes the Debtor's primary asset.

15.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are located at my home in New York City.

16.     Pursuant to Local Rule 1007-2(a)(11), the Debtor is subject to the pending foreclosure proceeding instituted by the Lender in Supreme Court, New York County (Index Number 850045/2023).

Dated: New York, NY
      December ___, 2023

_____
Nancy Haber

**Fill in this information to identify the case:**

Debtor name ___Panzer Building Corp.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/1/23___          X _____
                                    Signature of individual signing on behalf of debtor

                                    Nancy J. Haber
                                    Printed name

                                    _____
                                    Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Panzer Building Corp.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

**1. Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

**1a. Real property:**
*TBD subject to appraisal or sale, approx.*
Copy line 88 from *Schedule A/B* ................................................................... $    8,000,000.00

**1b. Total personal property:**
Copy line 91A from *Schedule A/B* ................................................................. $    64,000.00

**1c. Total of all property:**
Copy line 92 from *Schedule A/B* ................................................................... $    8,064,000.00

### Part 2: Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................. $    6,000,000.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................... $    642,377.16

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................... +$    18,241.85

**4. Total liabilities** ...............................................................................
Lines 2 + 3a + 3b
$    6,660,619.01

Fill in this information to identify the case:

Debtor name    Panzer Building Corp.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Security deposits with Apple Bank.        Approx.  $5,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.   Premier Deli prepaid rent        Approx. $40,000.00

8.2.   Bejad Musleh prepaid rent        Approx. $19,000.00

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.        $64,000.00

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Debtor ___Panzer Building Corp._____    Case number *(If known)* _____
        Name

11.    **Accounts receivable**

      11b. Over 90 days old: _____0.00_____  -  _____0.00__ =.... _____$0.00
                                    face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                    | $0.00 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☒ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.   Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No.   Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No.   Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.   Go to Part 10.
   ☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   651 W 169th St, New York, NY 10032-2900 | Fee Simple | 12 x Annual Rent | | Subject to appraisal or sale, approx. $8,000,000.00 |

Debtor    Panzer Building Corp.                                    Case number *(If known)* _____
          Name

56.  **Total of Part 9.**                                                              $8,000,000.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☒ No.   Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.   Go to Part 12.
     ☒ Yes Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     Loans to affiliated buildings (47 Perry Street, New York, NY          To be computed
     10014 and 4210 Digney Avenue, Bronx, NY 10466).                       approx. $600,000.00

78.  **Total of Part 11.**                                                              $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor     Panzer Building Corp.                                      Case number *(If known)*  _____
           Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $64,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................................................> | | $8,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $64,000.00 | + 91b. $8,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,064,000.00 |

**Fill in this information to identify the case:**

Debtor name   Panzer Building Corp.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** 651 West 169th Lender LLC

Creditor's Name

c/o Kriss & Feuerstein LLP
360 Lexington Ave Ste 1200
New York, NY 10017-6502

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
651 W 169th St, New York, NY 10032-2900

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Column A: $6,000,000.00     Column B: $8,000,000.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $6,000,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| James Andriola, Esq.<br>1385 Broadway Fl 22<br>New York, NY 10018-6022 | Line 2.1 | |

Fill in this information to identify the case:

Debtor name  Panzer Building Corp.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br> PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:  Notice |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| **2.2** Priority creditor's name and mailing address<br>NYC Department of Finance<br>P.O. Box 680<br>Newark, NJ 07101-0680 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $412,377.16 | $0.00 |
| --- | --- | --- | --- |
| Date or dates debt was incurred | Basis for the claim:  Taxes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| **2.3** Priority creditor's name and mailing address<br>NYC Environmental Control Board<br>66 John St Fl 10<br>New York, NY 10038-3772 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| --- | --- | --- | --- |
| Date or dates debt was incurred | Basis for the claim:  Notice |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Debtor  Panzer Building Corp.                                   Case number (if known) _____
_____
Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230,000.00 | $230,000.00 |

**2.4** Priority creditor's name and mailing address
NYS Dep't of Taxation
Bankruptcy/Special Procedure
  PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$230,000.00    $230,000.00

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | | |

**3.1** Nonpriority creditor's name and mailing address
Edward A. Vincent, Esq.
19-02 Whitestone Expressway, Suite 302
Whitestone, NY 11357

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TBD

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _ Receiver
Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Matthew D. Hunter III, Esq.
108-18 Queens Boulevard
New York, NY 10016

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TBD

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _ Referee
Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Millennium Elevator Enterprises Inc.
2618 Avenue Z
Brooklyn, NY 11235-2052

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,380.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _ Services
Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Sentry Elevator Corp.
140 58th Street, Ste. 5H-1
Brooklyn, NY 11220

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$3,790.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _ Services
Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
United Metro Energy Corp.
c/o Eric B. Kang, Esq.
500 Kingsland Avenue
Brooklyn, NY 11222

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$4,071.85

Date(s) debt was incurred _
Last 4 digits of account number  9116

Basis for the claim: _ Services
Is the claim subject to offset? ☒ No    ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Panzer Building Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | NYC Dept of Law<br>Attn: Bernadette Brennan, Esq. 100 Church St Rm 5-233<br>New York, NY 10007-2601 | Line _2.2_<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | NYS Attorney General<br>28 Liberty St<br>New York, NY 10005-1400 | Line _2.4_<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 642,377.16 |
| 5b. Total claims from Part 2 | 5b. + | $ 18,241.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 660,619.01 |

| Fill in this information to identify the case: |
|---|
| Debtor name __Panzer Building Corp.__ |
| United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Rent Roll | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | See attached Rent Roll | Panzer Building Corp. 651 W 169th St New York, NY 10032-2900 |

| Apt | Name | Ph number | Current lease | Current rent/owe rent | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Antonio & Sandra Vazquez | Antonio 646-468-1729 | 5/1/2021-4/30/2023 | $880.26 | | | | | | | | | | | | |
| 22 | Giri C Xue | 347-263-8594 | 5/9/2021-5/0/6/24 | 2445 | | | | | | | | | | | | |
| 23 | Lenny Scott M | 646-408-6503 | 11/1/2021-10/31/2023 | 1488.01 | | | | | | | | | | | | |
| 24 | Nahida De La Cruz | Nahida 347-378-9796 | 3/15/2022-3/14/24 | 2412 | | | | | | | | | | | | |
| 31 | Mario Vazquez, Carolina Llerea Lopez | Mario 646-469-6914 | 5/1/2023-4/30/2024 | $1,026.91 | | | | | | | | | | | | |
| 32 | Mary & Archner Yatar | Mary 917-359-9566 212-588-5742, 212-945-2040 | 11/1/2022-10/31/2023 | 995.23 | | | | | | | | | | | | |
| 33 | Emma & Kim Morris | Emma 916-690-9662 | 6/7/23-6/6/24 | 2400 | | | | | | | | | | | | |
| 34 | Tamara Belreini | Tamara 646-593-3654 | 9/7/22-9/6/23 | 2200 | | | | | | | | | | | | |
| 41 | Glenda Flavio (Randy, his son) | Randy- 347-636-6350 | 11/1/2021 - 10/31/2023 | 913.17 | | | | | | | | | | | | |
| Combination 42/43 | Michael and Beatriz Tafoya | Beatriz - 917-952-6299, michael 917-539-6821 | 4/26/2023-4/25/2025 | 4600/4700 | | | | | | | | | | | | |
| 44 | Rebecca Jaen | 646-372-4562 | 11/1/2021-10/30/2023 | 1033.72 | | | | | | | | | | | | |
| 51 | Munieh Bayed Saleh | 347-479-0537 | 6/1/15-5/31/21 | 1600 | | | | | | | | | | | | |
| 52 | Scarleone Roxanne | 347-331-6307, 631-265-2922 | 11/1/2021 - 10/31/2023 | 1050.67 | | | | | | | | | | | | |
| 53 | Gene Fedoreiko and Caroline Moralez | 201-577-6416 | 2/0/23-1/0/1/24 | 2395 | | | | | | | | | | | | |
| 54 | Malachi Stanford | 917-742-9787 | 11/1/2021-10/31/2023 | 1221.23 | | | | | | | | | | | | |
| 61 | Eltweretta Lanorsa | 860-951-6298 | 7/01/23-7/01/24 | 2395/2425 | | | | | | | | | | | | |
| 62 | Henrik Piaczynska | 212-740-5076, 347-267-0547 | 11/1/2021-10/31/2/1 | 1036.78 | | | | | | | | | | | | |
| 63 | Stanilowicz Zdzsilawa | 212-928-9404 | 11/1/2021-10/31/2023 | 960.56 | | | | | | | | | | | | |
| 64 | Aarushi Shah and Esher Patukhova | 331-998-5777 | 7/29/23-7/28/24 | 2400 | | | | | | | | | | | | |
| Store 1 | | | | | | | | | | | | | | | | |
| Total | | | | total 28k+20k retail | | | | | | | | | | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____Panzer Building Corp._____

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 | Nancy Haber | 544 E 86th St<br># 14E<br>New York, NY 10028-7523 | 651 West 169th<br>Lender LLC | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |