UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                            Chapter 11

PANZER BUILDING CORP.,                                          Case No. 23-11924-JPM

                                    Debtor.
---------------------------------------------------------------x

**ORDER (i) APPROVING THE DEBTOR'S
DISCLOSURE STATEMENT; (ii) APPROVING THE SOLICITATION
AND VOTING PROCEDURES; AND (iii) SCHEDULING THE
CONFIRMATION HEARING AND RELATED SUBMISSION DATES**

Upon the motion [ECF No. 59] of Panzer Building Corp. (the "Debtor") for entry of an order approving the Debtor's Amended Disclosure Statement [ECF No. 58], as subsequently further amended [ECF No. 71] (the "Disclosure Statement"); (ii) approving the solicitation package and procedures for distribution of the Debtor's Amended Plan of Reorganization, as further amended [ECF No. 70] (the "Plan"); and (iii) scheduling a hearing on confirmation of the Plan and establishing notice and objection procedures in respect thereof; and upon the record compiled at the hearing held on March 6, 2025 (the "Hearing"); and the Court having reviewed the Disclosure Statement; and any comments, objections and reservations having been addressed and resolved; and after due deliberation and sufficient cause appearing therefor;

      **IT IS HEREBY FOUND THAT:**

      A.    The Disclosure Statement contains adequate information within the meaning of Section 1125 of the Bankruptcy Code.

      B.    The procedures for the solicitation of votes to accept or reject the Plan provide for a fair and equitable voting process and are consistent with Section 1126 of the Bankruptcy Code.

      **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Disclosure Statement is APPROVED as containing adequate information within the meaning of Section 1125 of the Bankruptcy Code.

2. By no later than March 17, 2025 the Debtor is directed to serve, by regular mail, a solicitation package (the "Solicitation Package") containing a copy of (i) the Disclosure Statement with any exhibits; (ii) the Plan; (iii) this Order; and (iv) a ballot for voting on the Plan, to all known creditors, all persons who filed notices of appearance, and any other parties in interest known to the Debtor, including the U.S. Trustee.

3. A hearing on confirmation of the Plan shall be held on April 16, 2025 at 9:00 a.m. (the "Confirmation Hearing") before the Honorable John P. Mastando III in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408. The Hearing shall not be held in person but will be conducted remotely via Zoom for Government. Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mastando's courtroom deputy for instructions at (212) 284-4073.

4. Objections, if any, to confirmation of the Plan shall be filed through the Court's ECF system on or before April 9, 2025.

5. The Debtor shall file with the Court a reply, if any, to an Objection, together with all Declarations and other written submissions upon which the Debtor intends to rely in support of confirmation of the Plan no later than April 11, 2025.

6. The form of ballot annexed hereto as Exhibit "A" is hereby approved (the "Ballot"). All Ballots for voting on the Plan shall be executed and delivered by mail or e-mail to counsel for the Debtor at:

>Goldberg Weprin Finkel Goldstein, LLC
>125 Park Avenue, 12th Floor
>New York, New York 10017
>E-mail: KJNash@gwfglaw.com

so as to be actually received no later than April 9, 2025 at 5:00 p.m. prevailing New York time.

7. Counsel for the Debtor shall file the certification of the balloting on or before April 11, 2025.

Dated: New York, NY
March 14, 2025

/S/ John P. Mastando III
HON. JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE