UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

PANZER BUILDING CORP.,                                          Case No. 23-11924-JPM

                                        Debtor.

--------------------------------------------------------------x

## NOTICE OF AUCTION RESULTS

      **PLEASE TAKE NOTICE THAT** an auction sale of the mixed-use property consisting of approximately 20 residential units and two commercial retail units located at 651 West 169th Street, New York, New York a/k/a 226/230 Fort Washington Avenue, New York, New York (the "Property") owned by Panzer Building Corp. (the "Debtor") was held on March 27, 2025, at which time four (4) persons qualified as bidders in compliance with the approved bid procedures, including the secured lender, 651 West 169th Lender LLC (the "Lender"), based on its rights to credit bid. The bidding commenced at $4 million, and after multiple bids were received by the Debtor's broker, Northgate Real Estate Group ("Northgate"), the Debtor determined that the highest and best bid at the auction was made by the Lender in the amount of $5,000,000. A hearing to confirm the results of the auction will be held on April 16, 2025 at 9:00 a.m. before the Honorable John P. Mastando III in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004-1408 pursuant to separate notice to be filed and served on all parties in interest.

      **PLEASE TAKE FURTHER NOTICE THAT** annexed hereto as Exhibit "A" is a report prepared by Northgate setting forth its marketing efforts and analysis of the fair value of the Property.

Dated: New York, NY
      March 28, 2025

                                           Goldberg Weprin Finkel Goldstein LLP
                                           *Counsel for the Debtor*
                                           125 Park Avenue, 12th Floor
                                           New York, New York 10017
                                           (212) 221-5700

                                           By:    /s/ J. Ted Donovan, Esq.

# EXHIBIT A



# Marketing Report:
## 651 West 169th Street, Manhattan, NY

**Greg Corbin**, President
**Felix Ades**, Managing Director



NORTHGATE
REAL ESTATE GROUP



Through numerous mediums, Northgate Real Estate Group conducted a robust campaign for the Bankruptcy Sale of 651 West 169th Street, New York, NY. We marketed to a vast number of investors, developers, private equity and debt funds, high net worth individuals, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors both locally and nationally. We also worked with outside commercial and residential brokerage firms. With direct emails, social media, industry websites, co-brokers, print & online advertisements, and publications, we estimate that we've reached over **150,000 people.**



**Northgate Real Estate Group:**

- Created and sent multiple HTML email campaigns to **121,000** people with **39,000** core investors

- Launched social media campaigns on LinkedIn, Instagram, and Twitter

- Posted the listing to real estate websites: CoStar / Loopnet, Crexi, Brevitas, PropertyShark / Commercial Café, Xchange Loans, Aparmentbuildings.com, and RI Marketplace

- Ran print ads in the Real Deal, *Wall Street Journal and Westsider*

- Ran print, web, and banner ads in *Pincus Media Co's* newsletter, and on their website

- Designed a 52-page offering memorandum and emailed to investors

- Sent emails to over **7,000** real estate and bankruptcy attorneys, professionals, and trustees (mostly NY/NJ)

- Featured as *New York Real Estate Journal* Property of the Month (advertorial)

# EXECUTIVE SUMMARY



- Emailed the outside brokerage community, both commercial and residential, from our proprietary tri-state list of **26,250** brokers and sales agents

- Posted as a Featured Property on the homepage of Northgate Real Estate Group Website

- Sent a dedicated email blast to *Pincus Media Co's* database as a content partner

- Sent a dedicated email blast to *The Jewish Press's* database

- Utilized our proprietary database to call & email Manhattan-centric, greater New York, and Nationwide investors, developers, private equity and debt funds, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors

- Submitted the deal / featured in IceMiller: Opportunities in the Distressed Market Newsletter



ADVERTISEMENTS & PRESS



NORTHGATE
REAL ESTATE GROUP

**nyrej** | New York Real Estate Journal Leaderboard Ad





# BANKRUPTCY SALE
# 651 W 169TH ST, MANHATTAN, NY
**MIXED-USE ELEVATOR BUILDING**
21 Residential Units & 2 Retail Units
6-Stories | 19,380 SF | Prime Corner Property
Auction Date: Thursday, March 27th, 2025 at 2:30 PM


NORTHGATE
REAL ESTATE GROUP



# BANKRUPTCY SALE
# 651 W 169TH STREET
# MANHATTAN, NY

MIXED-USE ELEVATOR BUILDING
21 Residential Units & 2 Retail Units
6-Stories | 19,380 SF | Prime Corner Property

Auction Date: March 27th, 2025 at 2:30 PM

**GREG CORBIN**
greg@northgatereg.com
212.369.1800

**FELIX ADES**
felix@northgatereg.com
212.419.8104


NORTHGATE
REAL ESTATE GROUP





## NORTHGATE
### REAL ESTATE GROUP

# BANKRUPTCY AND FORECLOSURE DEALS



| 70 Broad St Manhattan, NY Bankruptcy Sale | 47 Perry St Manhattan, NY Foreclosure Sale | 830 Barry Street Bronx, NY Fee Sale | 1580 Nostrand Ave Brooklyn, NY Bankruptcy Sale | 2 & 26 Bowery Manhattan, NY Bankruptcy Sale | 105 Barbey St Brooklyn, NY Bankruptcy Sale | 41-12 77th Street Queens, NY Fee Sale |



| 358-360 Atlantic Ave Brooklyn, NY Bankruptcy Sale | 976 Bergen St Newark, NJ Fee Sale | 125 Broad St Elizabeth, NJ Bankruptcy Sale | 651 W 169th St Manhattan, NY Bankruptcy Sale | 10-71 Cypress Ave Queens, NY Bankruptcy Sale | 179 Ludlow St Manhattan, NY Short Sale | 200 Kent Ave Brooklyn, NY UCC Foreclosure Sale |



| 5 Building Multifamily Portfolio Brooklyn, NY Bankruptcy Sale | 25-82 37th Street Queens, NY Foreclosure Sale | 1777 Nostrand Ave Brooklyn, NY Bankruptcy Sale | 4-6 Bleecker Manhattan, NY Bankruptcy Sale | 2417 Albemarle Rd Brooklyn, NY Bankruptcy Sale | 80 Ainslie Street Brooklyn, NY Bankruptcy Sale |



| 4112 4th Ave Brooklyn, NY Bankruptcy Sale | 856 Greene Ave Brooklyn, NY Bankruptcy Sale | 8200 Bay Parkway Brooklyn, NY Bankruptcy Sale | Wagner Hotel Manhattan, NY Bankruptcy Sale | 112-122 Broad St Elizabeth, NJ Bankruptcy Sale $8,500,000 | 291 Livingston St Brooklyn, NY Bankruptcy Sale $34,880,000 | 34-20 Linden Pl Queens, NY Bankruptcy Sale $22,500,000 |

## IF YOU ARE A BORROWER OR LENDER DEALING WITH A DEFAULTED LOAN, FORECLOSURE, OR BANKRUPTCY WE CAN HELP. PLEASE CONTACT:



| GREG CORBIN President Direct: 212.369.1800 Cell: 917.406.0406 greg@northgateg.com | CHAYA MILWORN Executive Managing Director Direct: 212.419.8103 Cell: 917.804.7458 chaya@northgateg.com | FELIX ADES Managing Director Direct: 212.419.8104 Cell: 732.996.1635 felix@northgateg.com | SHAUN ROSE Senior Director Direct: 212.419.8105 Cell: 917.523.7656 shaun@northgateg.com | MICKEY SALZMAN VP, Business Development Direct: 212.419.8108 Cell: 212.603.0549 mickey@northgateg.com | MORRIS ARLOS Director, Business Development Direct: 212.419.8131 Cell: 917.509.9563 morris@northgateg.com | JONATHAN JANASHVILI Director Direct: 212.419.8107 Cell: 516.776.1997 jonathan@northgateg.com |

## Investment Sales | Bankruptcy | Foreclosures | UCC Auctions | Restructuring | Loan Sales | Workouts



| 2023 REO Bankruptcy Broker of the Year | 2023 CoStar PowerBroker | 2023 NYREJ Industry Leader | 2023 Crain's Most Influential in Real Estate | 2022 Senators Broker of the Year |

Print & Web Advertisement

THE REAL DEAL
REAL ESTATE NEWS



THE WALL STREET JOURNAL.
WSJ
Print Ads

---

**BUSINESS OPPORTUNITIES**

**MORTGAGE REIT**
**8%–9% RETURN**
**TAX EFFICIENCY**
**REAL ESTATE SECURED**
**GROWTH / INCOME**
**SEEKING RIA'S &**
**ACCREDITED INVESTORS**
866-700-0600
ALLIANCE MORTGAGE FUND

---

**BANKRUPTCY AUCTION OF REAL PROPERTIES**
**CORNER MIXED-USE ELEVATOR BUILDING**
**21 RESIDENTIAL UNITS & 2 RETAIL UNITS**
**651 W 169TH STREET, MANHATTAN, NY**

Northgate Real Estate Group has been exclusively retained to run the bankruptcy sale of 651 W 169TH STREET, MANHATTAN, NY located in the vibrant Washington Heights neighborhood of Manhattan. This prominent mixed-use elevator building spans six stories and offers a total of 19,380 square feet. The property includes 21 residential units and 2 retail spaces. Positioned at the highly sought-after corner of Fort Washington Avenue and W. 169th Street, it directly faces Columbia University Medical Center and NewYork-Presbyterian Hospital. Due to its exclusive location, there is no competing retail along the avenue. Additionally, the 168th Street Subway Station, providing access to the A, C, and 1 trains, is just one block away.

**Bid Deadline: Tuesday, March 25th, 2025 at 5:00 PM**
**Auction Date: Thursday, March 27th, 2025 at 2:30 PM**

Interested bidders must contact Greg Corbin of Northgate Real Estate Group at Gcorbin@northgatereg.com for more information on how to participate in the auction.

---

**CAREERS**

**Management Reporting Associate**

**Compliance Associate**

**Infrastructure Engineering Inc. Project Engineer**

**SCAD Savannah** seeks an AVP of Industry Partnerships to lead SCADpro innovation studio, connecting global brands with emerging creative talent.
Transform student experiences through real-world projects.
Apply at scadcareers.scad.edu.

---

**CAREERS**

Assoc. Director, US Corporate Banking, Structuring & Execution, Financial Institutions

---

**COMMERCIAL REAL ESTATE**

---

**COMMERCIAL REAL ESTATE**

NOTICE OF SALE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
U.S. BANK NATIONAL ASSOCIATION, as plaintiff, vs. GMC HOLDINGS, LLC, et al.

---

NOTICE TO PUBLIC SALE OF COLLATERAL

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.